IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL NEWBERG | |
| vs. | *FILED ELECTRONICALLY* |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al. | CIV. ACTION NO. 2:22-cv-003404 |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Defendants, Dr. Stephen Wiener and Wellpath, LLC's Motion to Dismiss Plaintiff's Amended Complaint, or in the Alternative, Motion for Summary Judgment, and any response in opposition thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

_____, J.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL NEWBERG | |
| vs. | *FILED ELECTRONICALLY* |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al. | CIV. ACTION NO. 2:22-cv-003404 |

**DEFENDANTS, DR. STEPHEN WIENER AND WELLPATH, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT**

AND NOW come Defendants, Dr. Stephen Wiener and Wellpath, LLC, by and through their attorneys, Weber Gallagher Simpson Stapleton Fires & Newby LLP, having filed a Motion to Dismiss Plaintiff's Amended Complaint, or in the Alternative Motion for Summary Judgment, and in support thereof state that the Memorandum of Law includes the Argument and Exhibit that Defendants rely upon and, therefore, Defendants incorporate their Memorandum of Law into the Motion.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

By: _____
Caitlin J. Goodrich, Esquire #209256
cgoodrich@wglaw.com
2000 Market Street, 13th Floor
Philadelphia, PA  19103
(215) 972-7900

Attorney for Defendants,
Dr. Stephen Wiener and Wellpath, LLC

Date:  March 30, 2022

## **CERTIFICATE OF SERVICE**

I, Caitlin J. Goodrich, Esquire, hereby certify that on this date a true and correct copy of the foregoing **MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** was sent via ECF to all counsel of record.

_____
Caitlin J. Goodrich, Esquire

Date:  March 30, 2022