IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL NEWBERG

vs.

PENNSYLVANIA DEPARTMENT OF　　　NO. 2:22-cv-003404
CORRECTIONS, et al.

## AFFIDAVIT OF WELLPATH, LLC

I, Tina L. McCullough, on behalf of Wellpath, LLC, hereby declare under penalty of perjury, pursuant to 25 U.S.C. § 1746, that the following statements are true and correct:

1. I am currently employed by Wellpath, LLC as the Regional Manager of the Pennsylvania Regional Office, and am serving as the Acting Health Service Administrator at SCI-Phoenix. Accordingly, I am authorized to take this Affidavit on behalf of Wellpath, LLC.

2. From September 1, 2014 to the present, Wellpath, LLC f/d/b/a Correct Care Solutions, LLC has been under contract with the Pennsylvania Department of Corrections to provide *medical* services to inmates at SCI-Phoenix.

3. Wellpath, LLC, however, does not have any obligations under the contract to provide *mental health services*.

4. Accordingly, Wellpath, LLC does *not*:

    a. employ mental health providers at SCI-Phoenix;

    b. prescribe and/or dictate mental health treatment to inmates at SCI-Phoenix;

    c. provide mental health services to inmates at SCI-Phoenix; and/or

    d. oversee the mental health care of inmates at SCI-Phoenix.

5. Additionally, Wellpath, LLC has never employed the following individuals, who are identified in the Amended Complaint:

   a. Jamie Sorber (Superintendent at SCI-Phoenix);
   b. Jennifer Ward (health care provider at SCI- Phoenix);
   c. Christine Stickney (health care provider at SCI- Phoenix);
   d. J. Fernandez (health care provider at SCI- Phoenix);
   e. Yueheng Han (health care provider at SCI- Phoenix);

6. Furthermore, Wellpath, LLC does not employ any Registered Nurses ("RNs") or Licensed Practical Nurses ("LPNs") at SCI-Phoenix.

7. Wellpath, LLC did, however, employ Dr. Stephen Wiener, and I am able to confirm the following:

   a. Dr. Stephen Wiener was not a licensed psychiatrist;
   b. Dr. Stephen Wiener did not provide mental health treatment to former DOC inmate, Daniel Newberg;
   c. Dr. Stephen Wiener did not prescribe and/or dictate mental health treatment to inmates at SCI-Phoenix;
   d. Dr. Stephen Wiener did not provide mental health services to inmates at SCI-Phoenix; and
   e. Dr. Stephen Wiener did not oversee the mental health care of inmates at SCI-Phoenix.

8. The undersigned verifies that the facts set forth in the foregoing Affidavit are true and correct to the best of her knowledge, information, and belief, and understands that any false

statements are made subject to the penalties of 25 U.S.C. § 1746 relating to unsworn falsification to authorities.

*[signature: Tina McCullough]*
TINA L. MCCULLOUGH

DATE: 3/25/2022