IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL NEWBERG,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS; JAMIE SORBER SUPERINTENDENT SCI PHOENIX; STEPHEN WIENER, M.D. MEDICAL DIRECTOR SCI PHOENIX; SCI PHOENIX CORRECTIONAL OFFICERS, JANE/JOHN DOE #'S 1-15; MHM SERVICES, INC. A/K/A MHM HEALTH PROFESSIONALS LLC A/K/A MHM CORRECTIONAL SERVICES, LLC D/B/A CENTURION HEALTH INCORRECTLY IDENTIFIED AS CORRECT CARE SOLUTIONS; WELLPATH, INC.; SCI PHOENIX HEALTH CARE PROVIDER, JENNIFER WARD; SCI PHOENIX HEALTH CARE PROVIDER, CHRISTINE STICKNEY; SCI PHOENIX HEALTH CARE PROVIDER, J. FERNANDEZ; SCI PHOENIX HEALTH CARE PROVIDER, YUEHENG HAN; MHM SERVICES, INC/WELLPATH, INC., NURSES JANE/JOHN DOE #'S 1-15; MHM SERVICES/WELLPATH, INC., AND DR. JANE/JOHN DOE #'S 1-5,<br><br>　　　　　Defendants. | CIVIL DIVISION<br><br>2:22-cv-00304<br><br>Code: |

## **STIPULATION FOR EXTENTION**

The parties, through their respective undersigned counsel, hereby stipulate and agree that Plaintiff, Daniel Newberg, be granted a one (1) week extension to file a Response to MHM Correctional Services Motion to Dismiss. Plaintiff's Response shall be filed on or before July 5, 2022.

Abramson & Denenberg, P.C.


By:.:  /s/ *Alan Denenberg*
    Alan E. Denenberg, Esq
    Attorney for Plaintiff, Daniel Newberg



MATIS BAUM O'CONNOR


By:  /s/ *Cassidy Neal*
    Cassidy L. Neal, Esquire
    Attorneys for MHM Correctional Services,
    LLC and Yueheng Han, M.D., Defendants

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that I am this day serving a true and correct copy of the foregoing STIPULATION TO AMEND CAPTION AND SUBSTITUTE PARTIES upon all counsel by CM/ECF, this 27th day of June, 2022.

         Abramson & Denenberg, P.C.

By.:  /s/ *Alan Denenberg*
    Alan E. Denenberg, Esq
    Attorney for Plaintiff, Daniel Newberg
    1315 Walnut Street
    Suite 500
    Philadelphia, Pa. 19107
    215-546-1345