IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL NEWBERG, | CIVIL DIVISION |
|       Plaintiff, | 2:22-cv-00304 |
|   vs. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS; JAMIE SORBER SUPERINTENDENT SCI PHOENIX; STEPHEN WIENER, M.D. MEDICAL DIRECTOR SCI PHOENIX; SCI PHOENIX CORRECTIONAL OFFICERS, JANE/JOHN DOE #'S 1-15; MHM SERVICES, INC. A/K/A MHM HEALTH PROFESSIONALS LLC A/K/A MHM CORRECTIONAL SERVICES, LLC D/B/A CENTURION HEALTH INCORRECTLY IDENTIFIED AS CORRECT CARE SOLUTIONS; WELLPATH, INC.; SCI PHOENIX HEALTH CARE PROVIDER, JENNIFER WARD; SCI PHOENIX HEALTH CARE PROVIDER, CHRISTINE STICKNEY; SCI PHOENIX HEALTH CARE PROVIDER, J. FERNANDEZ; SCI PHOENIX HEALTH CARE PROVIDER, YUEHENG HAN; MHM SERVICES, INC/WELLPATH, INC., NURSES JANE/JOHN DOE #'S 1-15; MHM SERVICES/WELLPATH, INC., AND DR. JANE/JOHN DOE #'S 1-5, | |
|       Defendants. | |

## **STIPULATION FOR EXTENTION**

The parties, through their respective undersigned counsel, hereby stipulate and agree that Defendants, MHM Correctional Services, Inc. and Dr. Han, be granted a one (1) week extension to file a Reply Brief in Support of their Motion to Dismiss. Defendants' Reply shall be filed on or before July 13, 2022.

Abramson & Denenberg, P.C.


By: */s/ Alan E. Denenberg*
    Alan E. Denenberg, Esq
    Attorney for Plaintiff, Daniel Newberg



MATIS BAUM O'CONNOR
***Electronically Filed***


By: */s/ Cassidy L. Neal*
    Cassidy L. Neal, Esquire
    Attorneys for MHM Correctional Services,
    LLC and Yueheng Han, M.D., Defendants

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am this day serving a true and correct copy of the foregoing STIPULATION TO EXTEND TIME upon all counsel by CM/ECF, this 6th day of July, 2022.

          MATIS BAUM O'CONNOR
          ***Electronically Filed***

          By: */s/ Cassidy L. Neal*
               Cassidy L. Neal, Esquire
               PA I.D. 311979
               Attorneys for MHM Correctional Services, LLC
               and Yueheng Han, M.D., Defendants

912 Fort Duquesne Blvd
Pittsburgh, PA 15222
(412) 338-4750