**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL NEWBERG : | |
| : | No.  22-cv-304-JMY |
| vs. : | |
| : | |
| PENNSYLVANIA DEPARTMENT OF : | |
| CORRECTIONS, *et al.* : | |

**ORDER**

**AND NOW**, this 2nd day of July, 2025, upon consideration of the motion for summary judgment (ECF No. 77) filed by Defendants Christine Stickney and Jennifer Fernandez, all papers submitted in support thereof and in opposition thereto, and for the reasons set forth in a separate memorandum filed by the Court along with this Order, it is hereby **ORDERED** that said motion is **DENIED**.

**BY THE COURT**:

   /s/ John Milton Younge
Judge John Milton Younge